450 F.2d 943
 Ross DUNN, Plaintiff-Appellant,
v.
James Russell MOSLEY, Individually and as Superintendent of
Schools of Harris County, Georgia, et al.,
Defendants-Appellees.
 No. 71-1968.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 30, 1971.
 
 Howard Moore, Jr., Peter E. Rindskopf, Elizabeth R. Rindskopf, Atlanta, Ga., Jack Greenberg, Buford Kaigler, New York City, for plaintiff-appellant.
 Forrest L. Champion, Jr., Columbus, Ga., Roy D. Moultrie, Hamilton, Ga., for defendants-appellees.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)